UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN VILLALI,<br><br>        Plaintiff,<br><br>    v.<br><br>CHEP SERVICES LLC, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01537-JLT-CDB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE AS MODIFIED**<br><br>(ECF No. 26) |

Based on the parties' representations in the stipulation (ECF No. 26) and the availability of the Court, and good cause appearing, the Court ORDERS that the Scheduling Conference set for November 30, 2022, be continued to January 5, 2023, at 9:00 a.m. The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

    Dated:    **November 17, 2022**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE