UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN VILLALI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEP SERVICES LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01537-JLT-CDB<br><br>**ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE <u>AS MODIFIED</u>**<br><br>(ECF No. 28) |

Pending before the Court is the parties' stipulation filed January 3, 2023, seeking a 30-day continuance in the Scheduling Conference currently set for January 5, 2023. Based on the parties' representations in the stipulation (ECF No. 28), the availability of the Court, and good cause appearing, the Court ORDERS that the Scheduling Conference set for January 5, 2023, be continued to <u>February 8, 2023</u>, at 9:30 a.m. The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference. *See, e.g.,* ECF Nos. 2, 12, 14, 18, 19, 22, 25.

IT IS SO ORDERED.

Dated:　**January 4, 2023**　　　　　　　　　　　／s／

UNITED STATES MAGISTRATE JUDGE