UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN VILLALI, | Case No. 1:20-cv-01537-JLT-CDB |
| Plaintiff, | ORDER ON SECOND STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE |
| v. | |
| CHEP SERVICES, LLC., *et al.* | (Doc. 30) |
| Defendants. | |

On October 29, 2020, Defendants Chep Services, LLC and Kenneth Barner ("Defendatns") removed this action filed by Melvin Vilali from Kern County Superior Court. (Doc. 1). On October 30, 2020, the Court set an initial scheduling conference for January 26, 2021. (Doc. 2). On November 5, 2020, Defendants filed a motion to dismiss. (Doc. 5). In light of the motion to dismiss, the Court continued the scheduling conference. (Docs. 8-9, 11-12, 14, 18-19).

The Court granted Defendants' motion to dismiss on August 12, 2022. (Doc. 21). On September 2, 2022, the Court reset the scheduling conference to November 30, 2022. (Doc. 22). On November 16, 2022, the parties filed their first stipulation to continue the scheduling conference. (Doc. 26). The stipulation noted counsel for Plaintiff was hospitalized and unable to meet and confer in preparation for the scheduling conference. *Id*. at 2. The Court granted the stipulation and continued the scheduling conference to January 5, 2023. (Doc. 27). On January

3, 2022, the parties filed a second stipulation to continue the scheduling conference. (Doc. 28). The stipulation noted counsel for Plaintiff was still hospitalized and unable to meet and confer in preparation for the scheduling conference. *Id*. at 2. The Court granted the second stipulation and continued the scheduling conference to February 8, 2023. (Doc. 28).

Pending before the Court is the parties third stipulation to continue the scheduling conference. (Doc. 30). The stipulation notes counsel for Plaintiff is still hospitalized and unable to meet and confer in preparation for the scheduling conference. *Id*. at 2. Based on the parties' representations in the stipulation, the availability of the Court, and good cause appearing, IT IS HEREBY ORDERED:

1. The scheduling conference set for February 8, 2023, is continued to April 5, 2023, at 9:30 a.m.;
2. The parties shall file a joint scheduling report at least one week prior to the conference consistent with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. 2); and
3. In the event counsel for Plaintiff remains hospitalized, any subsequent request for continuance should include whether the law firm representing Plaintiff intends to assign a substitute attorney during counsel's unavailability.

IT IS SO ORDERED.

Dated:   **February 2, 2023**                                           
                                                    UNITED STATES MAGISTRATE JUDGE