UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN VILLALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEP SERVICES, LLC.<br><br>　　　　Defendant. | Case No. 1:20-cv-01537-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY<br><br>(Doc. 38) |

　　　On May 18, 2023, Plaintiff Melvin Villali filed a proposed substitution of attorney form substituting attorney Thomas J. Anton and electing to prosecute this action *pro per*. (Doc. 38).

　　　Based on the representation of counsel concerning his current health circumstances (Doc. 34, 39), and with the consent of Plaintiff, the Court shall grant Plaintiff's request.

　　　Accordingly, IT IS HEREBY ORDERED, Plaintiff Melvin Villali is substituted as attorney of record (*pro per*) and attorney Thomas J. Anton is relieved.

　　　The Clerk of Court is directed to terminate Thomas J. Anton and Christian Howland on behalf of Plaintiff and update the contact information of Plaintiff Melvin Villali.

IT IS SO ORDERED.

　　Dated: __**May 19, 2023**__　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1