UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN VILLALI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEP SERVICES, LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01537-JLT-CDB<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br><br>**ORDER DIRECTING CLERK OF COURT TO RE-ISSUE CIVIL NEW CASE DOCUMENTS** |

　　　　On June 20, 2023, following a status conference at which both parties appeared via Zoom videoconference, the Court ordered Plaintiff Melvin Villali, proceeding pro se, to file any notice of appearance for retained counsel no later than July 31, 2023. (Doc. 43). While Plaintiff expressed a desire during the status conference to continue with his ongoing efforts to retain new counsel, to date Plaintiff has not complied with the Court's order to file any notice of appearance for retained attorney and the time to do so has passed.

　　　　Accordingly, the Court HEREBY ORDERS:

　　　　1. The parties SHALL APPEAR for a scheduling conference on **September 13, 2023, at 9:30 a.m.**, via Zoom video conference, and the Zoom ID and password will be provided to Plaintiff and counsel for Defendant by the Courtroom Deputy prior to the conference.

　　　　2. The parties SHALL REVIEW and COMPLY with all provisions of the "Order Setting

Mandatory Scheduling Conference" that will be served contemporaneously with this Order, including the requirement to file a joint scheduling report at least one week prior to the conference.

3. The Clerk of Court is DIRECTED to re-issue Civil New Case Documents, noting the setting of a scheduling conference on September 13, 2023, at 9:30 a.m. before Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated: **August 2, 2023**

UNITED STATES MAGISTRATE JUDGE